MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CROSS       v. PLAZA LAS PALMAS                          No. 06CV2542-WQH(LSP)

HON. LEO S. PAPAS        CT. DEPUTY TRISH LOPEZ        Rptr. _____

                              Attorneys
     Plaintiffs                                              Defendants

The Court has been informed of the parties' global settlement. The date and time of the Case Management Conference on April 17, 2007, at 8:30 a.m. is vacated, as are all other dates set in the Order Setting Rule 26 Compliance issued February 22, 2007. (Doc. 27)

A Settlement Disposition Conference will be held in this case on April 17, 2007, at 4 p.m., in the chambers of Magistrate Papas unless a joint motion for dismissal of this case is filed prior to that time. Counsel shall concurrently submit a proposed order by email to the District Judge's efile mailbox. If the joint motion and proposed order can not be filed on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Papas at least one court day before the date indicated above, to explain the reasons therefor. Monetary sanctions shall be imposed for failure to comply with this order.


 X     Copies to:  Counsel of Record            _____ Notified by Telephone

DATED: February 23, 2007

                                                    _____
                                                    Hon. Leo S. Papas
                                                    U.S. Magistrate Judge