FILED

2007 MAR -6  AM 11: 24

CLERK US D...
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KM_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| DIANE CROSS,<br><br>    Plaintiff,<br><br>vs.<br><br>PLAZA LAS PALMAS, LLC, et al,<br><br>    Defendants. | Case No. 06cv2542 WQH (LSP)<br><br>**ORDER RE: JOINT MOTION FOR DISMISSAL** |

## ORDER ON JOINT MOTION FOR DISMISSAL

Having read the foregoing Joint Motion, and good cause appearing therefore, the Court GRANTS the Joint Motion and dismisses the above-captioned action with prejudice **as to defendant Circuit City Stores West Coast, Inc. dba 449 Escondido only**.

Dated: 3/5/07

_____
WILLIAM Q. HAYES
Judge of the U.S. District Court